# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22-cr-00415 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| OSI MOKWUNYE, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jennifer Dowdell Armstrong regarding the change of plea hearing of Defendant Osi Mokwunye which was referred to the Magistrate Judge with the consent of the parties.

On July 27, 2022, the Government filed a sixteen count Indictment, charging Defendant Osi Mokwunye in Count 1 with Conspiracy to Commit Mail Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349, in Counts 2-6 with Mail Fraud, in violation of 18 U.S.C. § 1341, in Counts 7-11 with Wire Fraud, in violation of 18 U.S.C. § 1343, and in Counts 12-16 with Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1). Defendant Osi Mokwunye was arraigned on August 18, 2022, during which Mr. Mokwunye entered a plea of not guilty to the charges. On August 14, 2023 Magistrate Judge Armstrong received Defendant's plea of guilty to Count 1, 7-11 and 12 of the Indictment, with a written plea agreement, and subsequently issued the R&R, concerning whether the plea should be accepted and a finding of guilty entered. Neither party has submitted objections to the Magistrate Judge's R&R.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Osi Mokwunye is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Osi Mokwunye is adjudged guilty of Count 1, Conspiracy to Commit Mail Fraud and Wire Fraud, in violation of 18 U.S.C. § 1349, guilty of Counts 7-11, Wire Fraud, in violation of 18 U.S.C. § 1343, and guilty of Count 12, Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1).  This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing has been scheduled to occur on December 14, 2023, at 10:00 a.m. in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/David A. Ruiz*     11/28/2023
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE